UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In Re:

Emma Leona Reibestein
                                                                   ORDER

                       Debtor.

Chapter 7, Case No. 09-36641
------------------------------

      This case came before the court on the motion of CitiMortgage, Inc., pursuant to 11 U.S.C. Section 362 on January 6, 2010, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

      IT IS ORDERED:

      The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, has an interest under mortgage document no. 310455, said property legally described as follows, to-wit:

> Lot 11, less and except that part thereof lying Southeasterly of a line drawn parallel with and 10.00 feet Northwesterly of the common boundary line between said Lots 10 and 11;
> ALSO: Lot 12, less and except that part lying Northwesterly of a line drawn parallel with and 36.00 feet Southeasterly of the common boundary line between Lots 12 and 13; and also less and except that part of said Lot 12 described as follows: beginning at the most southerly corner of said Lot; thence Northwesterly along the Southwesterly lot line 12 feet; thence Northeasterly and parallel to the Southeasterly lot line 57 feet; thence Southeasterly and parallel to the Southwesterly lot line 12 feet; thence Southwesterly 57 feet along the Southeasterly lot to the point of beginning, all in Block 1 of Borup and Oakes Addition to the Town (now City) of Sauk Rapids, according to the map or plat thereof on file or of record in the office of the County Recorder in and for Benton County, Minnesota.

      The movant, its successors and assigns, may proceed to foreclose its mortgage in accordance with Minnesota Statutes. The movant, its assignees or successors in interest, at their option (and without obligation), may discuss with debtor and offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse after discharge unless provisionally included in a reaffirmation agreement. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: January 6, 2010                                  /e/ Dennis D. O'Brien
                                                                  Dennis D. O'Brien
                                                                  United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/06/2010*
Lori Vosejpka, Clerk, By sjr, Deputy Clerk